UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS E. HADDEN,

Plaintiff,

-vs- Case No. 6:07-cv-1508-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

_____

## REPORT AND RECOMMENDATION

### TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on Plaintiff's application for Social Security Disability Insurance benefits and for Supplemental Security Income benefits under the terms of the Social Security Act. For the following reasons, it is **respectfully recommended that the decision of the Commissioner be AFFIRMED in part and REVERSED and REMANDED, in part, for issuance of a partially favorable decision**, as set forth herein.

### PROCEDURAL HISTORY

The procedural history is complex and set forth in greater detail in the papers. Plaintiff filed the instant application for Disability Insurance Benefits (Title II) and for Supplemental Security Income benefits (Title XVI) on September 11, 2001 (R. 197), after two prior applications were denied and not appealed beyond the reconsideration level (R. 204, 201, 11). The instant application alleges a disability onset date of August 26, 1996 (R. 10). For Title II purposes, Plaintiff's date last insured ("DLI") was March 31, 1999, over two years before Plaintiff filed his application (R. 18, 19).